UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MCKNIGHT,<br>Plaintiff,<br>v.<br>CHARLES ANDERSON, *et al.*,<br>Defendants. | Case No. 2:25-cv-3729-DJC-JDP (PS)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the findings and recommendations issued on June 29, 2026. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 18, is GRANTED; and
2. Plaintiff is granted until September 1, 2026 in which to file objections to the June 29, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated: July 31, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE