UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MCKNIGHT,<br>Plaintiff,<br>v.<br>CHARLES ANDERSON, et al.,<br>Defendants. | Case No. 2:25-cv-3729-DJC-JDP (PS)<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed. Plaintiff did, however, file a motion to stay pending the outcome of state court proceedings. (ECF No. 20.)

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed June 29, 2026, ECF No. 17, are ADOPTED;

2. Defendant Erickson-Dondero's motion to dismiss, ECF No. 8, is GRANTED;
3. This action is dismissed without prejudice;
4. The Motion for a Temporary Stay, ECF No. 20, is DENIED as this Court lacks jurisdiction over this action; and
5. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE